US DISTRICT COURT SOUTHERN DISTRICT MISSISSIPPI

WRITTEN 1983 FORM

Plaintiff: AZAYVIAN RUSSELL

Defendent: NEWTON County SHERIFF DEPARTMENT
Defendent: Newton city police Department
Defendent: Scott County SHERIFF DEPARTMENT
DATE: JAN 24 2024
Location: Scott County Detention Center

3:24-CV-47-HTW-LGI

Nature of complaint: ON OR About JAN. 12 2024, I Plaintiff AZAYVIAN RUSSELL, WAS placed on SEGERGATION LOCK DOWN in Scott County for NO REASON, I Later found out, I WAS placed In Segeration Because Newton County Brought Charges against me. Which Is a form of Discrimination BC other Inmates Is Being Housed In Scott County Detention Center with Simalar Charges. Since I BEEN on Segergation I Havent made commissary. I HAVENT called my family, on OR About JAN. 16 2024. I ASKED The OFFICER MS WALKER for my MAIL. Captin Jhonson HAD me put In A SUICIDE gown, I BEEN In This cell with NO MATTRESS, NO Blanket. NO TISSUE OR NECESSITIES I NEED to maintain, Which IS A CLEAR ORDER of violation of my Humane Rights, This IS Inhumane living condition BC, WE NEVER Clean OUR CELLS OR TOILETS. Newton County got me HOUSED HERE In Scott COUNTY BC of The Civil Suite I filed 3:21-CV-001304, Since I filed The Suite IVE BEEN HARRASED An Retaliated Against, They've Brought Charges Against me, I cant Bond out, They Sent me from my family By sending me to Scott County, making It HARD For my family to vist me And come put money on my Account. Also The city of NEWTON Police DEPARTMENT BEEN lying to my lawyer About LEGAL MATTERS. giving Him The run around Before They Brought The Charges around JAN 12 2024, The Police DEPARTMENT of Newton County kept Stating I couldnt post Bond Because The mississippi Beau of Investigators HAD A Hold on me, when I Contated The mississipp Brueu of Investigation, They Said It WASnt No Hold on me. But The Sheriff DEPARTMENT of Newton County And The Newton City police Department refused to Let me Bond out for 7months Then They Finaly come with Bogus Charges..

2nd paragraph.

My 14th Ammendment is being violated due to Discrimanation on behalf of Scott County Detention Center, Newton City Police Department & Newton County Sheriff Department. By constantly denying me proper rights as a inmate, refusing me the nessicary necessitie as a regular inmate and communication with my family

My 8th Ammendment being violated BC of Cruel & Unusual Punishment being inflicted on me since I filed a civil suite on Newton County Sheriff Department & Newton City Police Department,

Violating federal and state guide lines due to the livin conditions. Only suicidal inmates suppose to be placed in suicide restraints. They using these methods as a form of punishment to cause harm to me mentally I havent cleaned my living quarters with any chemicals since being housed in this cell. It smell of fiecess and urin everytime I ask for cleanin supplies Im denied all normal standers, by law if placed on segergation all inmate's is required 1 hour of recreational time a day I've been locked up 24 hour a day. The showers are clutted with filth and decaying sope, mole & rust which is a bio hazmat hazard. A clear sign of inhumane living conditions.

3RD paragraph

Relife sought. I want a proper investigation into the way Im being treated, and why Im not housed close to my family. First and foremost I want all retalliation to stop and 20,000 for all pain & suffering I want all charges dropped that been a form of retalliation and a fair investigation outside the jurisdiction.

From Federal Authorities with Jurisdiction or diff lines. Also I WAnt A Bond on The first charges And The Reason why Ive BEEN DENIED Bond In The first place

Date JAn 24 2024

Signature *[signature]*

Loccation: Scott County Detention Center
530 AIRPORT Road forest ms 39074

P.S I still HAVE case# 3:21-CV-001304 pendin Agaisnt Newton county It Havent BEEn Dismissed or barred out The court _ _ _ _ _ _