IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AZAYVIAN RUSSELL                                                                                          PLAINTIFF

V.                                                                                    CIVIL NO. 3:24-cv-47-HTW-LGI

NEWTON COUNTY SHERIFF'S DEPARTMENT, et al.                                   DEFENDANTS

ORDER TO SHOW CAUSE

*Pro se* Plaintiff Azayvian Russell filed this Complaint under 42 U.S.C. § 1983. On August 22, 2024, the Court entered an Order [16] directing Plaintiff to file, on or before September 12, 2024, a written response to provide other specific information. Although Plaintiff submitted a Response, *see* [17] (unsigned) [18] (signed), Plaintiff fails to answer the questions or provide the specific information required by the Court's Order [16]. Plaintiff did not state if he was naming Newton County or Scott County as Defendants in place of the sheriff's departments, nor did he state if he was naming the City of Newton as a Defendant in place of the police department. The Order [16] also directed Plaintiff to state *how* his constitutional rights were allegedly violated. In his Response, Plaintiff merely lists the numbers for certain constitutional amendments but provides no facts or allegations whatsoever. Accordingly, it is,

ORDERED:

(1) That on or before October 16, 2024, Plaintiff shall file a written response showing cause why this case should not be dismissed for his failure to comply with a Court Order;

(2) That on or before October 16, 2024, Plaintiff shall file a signed written response that fully complies with the Order [16] of August 22, 2024;

(3) That the Court warns Plaintiff that his failure to advise this Court of a change of address or his failure to fully comply with this Order in a timely manner will result in the

dismissal of this case without further notice to the Plaintiff.

THIS, the 2nd day of October, 2024.

                                      s/ *LaKeysha Greer Isaac*
                                    UNITED STATES MAGISTRATE JUDGE