IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AZAYVIAN RUSSELL                                                                               PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:24-cv-47-HTW-LGI

NEWTON COUNTY SHERIFF'S
DEPARTMENT, ET AL.                                                                        DEFENDANTS

## ORDER

BEFORE THE COURT is pro se Plaintiff Azayvian Russell's signed Response [21] to the Court's Order [16] for clarification regarding the named Defendants. Plaintiff states that he is not naming Newton City Police Department as a Defendant and that he would like to replace the Sheriff Department Defendants with their respective counties. Accordingly, it is hereby,

ORDERED that the Clerk of Court is directed to edit the docket to reflect that the named Defendants are: (1) Newton County; (2) Scott County; (3) Jody Pennington; (4) Randy Patrick; and (5) Brad Emmusdon.

The Court warns Plaintiff that his failure to advise this Court of a change of address or his failure to timely comply with any Order of this Court will result in the dismissal of this case.

SO ORDERED AND ADJUDGED this the 11th day of December, 2024.

                                              s/ *LaKeysha Greer Isaac*
                                           UNITED STATES MAGISTRATE JUDGE