# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**AZAYVIAN RUSSELL**                                                                      **PLAINTIFF**

**v.**                                                         **CIVIL NO. 3:24-cv-47-HTW-LGI**

**NEWTON COUNTY, ET AL.**                                                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [docket no. 70]. In her Report and Recommendation, filed January 15, 2026, Magistrate Judge Isaac recommended that Defendant Randy Patrick's Motion to Dismiss [docket no. 53] be granted. Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation [docket no. 70] of the Magistrate Judge as the Order of this Court.

**IT IS THEREFORE ORDERED** that Defendant Randy Patrick's Motion to Dismiss [docket no. 53] for failure to state a claim under Fed. R. Civ. P. 12(b)(6) is granted.

**SO ORDERED**, this the 12th day of February, 2026.

                                                        s/HENRY T. WINGATE  
                                                        UNITED STATES DISTRICT JUDGE