**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**AZAYVIAN RUSSEL**                                                                      **PLAINTIFF**

**v.**                                                                       **CIVIL NO. 3:24-cv-47-HTW-LGI**

**NEWTON COUNTY, et al.**                                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Report and Recommendation entered this

date, it is, hereby,

**ORDERED AND ADJUDGED** that Defendant Randy Patrick is DISMISSED from this

lawsuit WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 23rd day of April, 2026.

s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE